**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-24-0000275**
**01-AUG-2024**
**08:06 AM**
**Dkt. 23 ODSD**

NO. CAAP-24-0000275

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

HYE JA CHOI, Plaintiff-Appellant, v.
KOREAN CHRISTIAN CHURCH; REX KIM; IRIS KIM; DANIEL CHANG;
DIANA CHANG; ANNA KIM; JOSEPH KIM; SONG K. (KUN) CHOI; KRIS CHOO;
MI KYEONG KIM; SUN YOUNG KIM; NAOMI LIM; HUNG JA KWAK;
SUNG OK KIM; ESTHER KWON; SYLVIA GILLESPIE; JIN YU; SERA SUNG;
MYOUNG STEMPIN; SOO JIN CHIKASUYE; YOUNG AE HAN; HANNAH CHANG,
Defendants-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1CCV-22-0001662)

ORDER DISMISSING APPEAL
(By:  Leonard, Acting Chief Judge, Hiraoka and Guidry, JJ.)

Upon review of the record, it appears that:

(1) The statement of jurisdiction and opening brief were due on or before June 10, 2024, and July 9, 2024, respectively;

(2) Self-represented Plaintiff-Appellant Hye Ja Choi (Choi) failed to file either document, or request an extension of time;

(3) On July 12, 2024, the appellate clerk entered a default notice informing Choi that the time for filing the statement of jurisdiction and opening brief had expired, the matter would be called to the court's attention on July 22, 2024, for appropriate action, which could include dismissal of the appeal, under Hawaiʻi Rules of Appellate Procedure Rules 12.1(e) and 30, and Choi could request relief from default by motion; and

(4) Choi has not taken any further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

IT IS FURTHER ORDERED that all pending motions are dismissed.

DATED:  Honolulu, Hawaiʻi, August 1, 2024.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge